**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**-vs-**                                                          **Case No.  6:08-cr-159-Orl-19KRS**

**HERBERT DWIGHT WASHINGTON,**

        **Defendant.**

## VERDICT

This case comes before the Court on the bench trial held on November 17, 2008 with the Court sitting as jury after waiver of jury trial by Defendant Herbert Dwight Washington Upon hearing the arguments of counsel, testimony of the witnesses, and presentation of the evidence, the Court makes the following findings of fact and conclusions of law.

**Findings of Fact**

Prior to March 9, 2008, Defendant had been convicted in a court of law of a crime punishable by imprisonment for a term in excess of one year, that is, a felony offense. Defendant's federal civil rights have not been restored.

On March 9, 2008, Deputy Robert Ricks of the Orange County Sheriff's Office conducted a lawful traffic stop of Defendant's vehicle and "pat down" search of Defendant's person. As Deputy Ricks began his "pat down" search of Defendant's side, Defendant moved away from him. Deputy Ricks told Defendant to relax and again began his search of Defendant's side. Again Defendant tried to twist away from him. Deputy Ricks then discovered a loaded firearm and ammunition inside the waistband of Defendant's pants. Specifically, Deputy Ricks found on Defendant: (1) a Smith

& Wesson, Model 915, 9mm caliber pistol, with a serial number of VYA6438, (2) Winchester 9mm caliber ammunition, containing the markings "WIN 9mm LUGER," and (3) Remington 9mm caliber ammunition, containing the markings "R-P 9mm LUGER."  Deputy Ricks recovered a total of eleven rounds of ammunition from Defendant.  The recovered firearm was manufactured in Massachusetts, the recovered Winchester ammunition was manufactured in Illinois, and the recovered Remington ammunition was manufactured in either Connecticut or Arkansas.  Thus the firearm and the ammunition had traveled in interstate commerce.

## Conclusions of Law

Section 922(g)(1) of Title 18 of the United States Code provides that it shall be unlawful for any person "who has been convicted in any court of[] a crime punishable by imprisonment for a term exceeding one year" to "ship or transport in interstate or foreign commerce, or possess in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce."  18 U.S.C. § 922(g) (2006). Whoever "knowingly" violates this provision "shall be fined as provided in this title, imprisoned not more than 10 years, or both." *Id.* § 924(a)(2).

To prove a violation of Sections 922(g)(1) and 924(a)(2), the Government must demonstrate three distinct elements: (1) that Defendant was a convicted felon; (2) that Defendant knew he was in possession of a firearm and/or ammunition; and (3) that the firearm and/or ammunition was in interstate commerce.  *United States v. Wright*, 392 F.3d 1269, 1273 (11th Cir. 2004) (citing *United States v. Jernigan*, 341 F.3d 1273, 1279 (11th Cir. 2003)).  At trial, the parties stipulated to the first and third elements: Defendant was a convicted felon, and the firearm and ammunition recovered from Defendant traveled in interstate commerce.  (Government's Trial Exhibit 3.)  Based on the

evidence presented at trial, the Court also finds that the Government proved the second element: Defendant knowingly possessed the firearm and ammunition. Therefore, the Court finds that Defendant is guilty of violating Sections 922(g)(1) and 924(a)(2) of Title 18 of the United States Code.

### Conclusion

Based on the foregoing, as to the sole Count of the Indictment, the Court adjudicates Defendant, Herbert Dwight Washington, **GUILTY** of Count One of the Indictment, knowing possession of a firearm and ammunition by a convicted felon in violation of Sections 922(g)(1) and 924(a)(2) of Title 18, United States Code. Sentencing has been scheduled in a separate notice.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on November 20, 2008.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:

Counsel of Record
Defendant
Unrepresented Party